SDOH, 7/03

# PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

Name: Kathleen L. Walsh  Docket No: 2:11-CR-116

Address: 25 Kenco Lane  Judge: Algenon L. Marbley
Great Meadows, NJ 07838

District: Southern District of Ohio

You have been ordered by the United States District Court to pay a special assessment of $ 100.00, restitution of $109,825.54, and/or a fine of $ 0 , as a condition of your supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the Court order a payment schedule in the amount of **$50.00** per month, commencing September 1, 2012. This is based on the following analysis of your ability to pay: Ms. Walsh is currently unemployed, but has the means to begin making monthly payments of at least $50 per month.

_____  8/22/12
U.S. Probation Officer                                   Date

---

THE COURT ORDERS:

a payment schedule of not less than $ 50.00 monthly commencing on September 1, 2012 and to continue until the debt is satisfied or the Court alters the payment schedule.

_____  8/22/12
Signature of Judicial Officer                         Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
U. S. Courthouse, Room 121
85 Marconi Boulevard
Columbus, Ohio 43215

Note: Your restitution/fine bears or does not bear (strike one) interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision.

I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

_____     _____
Defendant                                                          Date

_____     _____
U.S. Probation Officer                                     Date

Original: prob file
Copies: defendant, US Attorney office, FLU